

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** and City of Martindale, Texas,
Appellant

v.

**CITY OF SAN MARCOS, TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

## O R D E R

This appeal was submitted on briefs on September 3, 2019. After consideration, we **ORDER** the submission date of September 3, 2019 withdrawn. We further **ORDER** this appeal is set for formal submission and oral argument before this court on **April 2, 2020**, **at 2:00 p.m.** before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Luz Elena D. Chapa, and Justice Beth Watkins.

The parties are reminded that arguments are limited to twenty (20) minutes for each side with ten (10) minutes rebuttal allotted to appellant.

We **order** the clerk of this court to serve a copy of this order on all counsel.

Entered this 28th day of February, 2020.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ,
Clerk of Court